**Robert Walter ROBERTS, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 20853.**

United States Court of Appeals
Ninth Circuit.

Aug. 15, 1966.

———◆———

Robert Walter Roberts, in pro. per.

William P. Copple, U. S. Atty., Jo Ann
D. Diamos, Asst. U. S. Atty., Tucson,
Ariz., for appellee.

Before BROWNING, JOHNSEN * and
DUNIWAY, Circuit Judges.

PER CURIAM:

Appeal from an order denying a motion
made under section 2255, Title 28, U.S.C.

It appears that Roberts is not now
serving the sentence to which his motion
is directed, but is serving a prior valid
sentence which has not yet expired. For
that reason, the trial court correctly de-
nied the present motion. When Roberts
has completed serving the prior sentence,
he will then be in a position to renew
his motion and to bring before the trial
court the substantial questions that he
raises as to the validity of the sentence
of August 23, 1965, the validity of the
order vacating that sentence of November
4, 1965, and the effect of his purported
discharge under that sentence on Novem-
ber 5, 1965.

Affirmed without prejudice to the re-
newal of the motion in the trial court at
an appropriate time.

* Harvey M. Johnsen, 8th Circuit, sitting by designation.